UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER,<br>aka GARY DALE BARGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BARRIOS, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-05246-WHO (PR)<br><br>**ORDER OF TRANSFER** |

This federal civil rights action is hereby TRANSFERRED to the Central District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in Ventura County, which is in the Central District.  *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  November 19, 2013

_____
WILLIAM H. ORRICK
United States District Judge