# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER, | NO. LA CV 13-08599-VBF-MAN |
| Petitioner, | |
| v. | RULE 58 JUDGMENT |
| BARRIOS, JUDGE AGUILERA, CLARK, D.A. ROGER INMAN, CASEY (U.S. Customs), VENTURA COUNTY SHERIFFS, CARPENTER (V.C. Jail), CORR. OFCR. WILSON (CDCR Governor), GIPSON, and WARDEN BURNES, | |
| Respondents. | |

Pursuant to the Court's Opinion and Order issued this same date, this action is dismissed without prejudice.

DATED: April 15, 2014

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE